# United States Court of Appeals

## For the Eighth Circuit

_____

No. 12-3039

_____

Norma Morales Victoria

*Petitioner*

v.

Eric H. Holder, Jr., Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: July 1, 2013
Filed: July 2, 2013
[Unpublished]

_____

Before MURPHY, SMITH, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Norma Morales Victoria, a native and citizen of Mexico, petitions for review of an order of the Board of Immigration Appeals (BIA), which upheld an immigration judge's decision denying her motion to suppress evidence and ordering her removed. After careful review, we find no basis for reversal. See Martinez Carcamo v. Holder, 713 F.3d 916, 921 (8th Cir. 2013) (in removal actions, this court reviews legal issues

de novo, and reviews BIA's factual findings for support by substantial evidence); Garcia-Torres v. Holder, 660 F.3d 333, 334-37 (8th Cir. 2011) (concluding that suppression of evidence was not warranted, and that evidence was sufficient to establish petitioner's alienage and removability). Accordingly, we deny the petition. See 8th Cir. R. 47B.

_____